5, 1909.) Action by John Morgan, an infant, by Mary Morgan, his guardian ad litem, against the Long Island Railroad Company and another. No opinion. Judgment and order unanimously affirmed, with costs.

MORRISON v. CHAPMAN. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by John Morrison against Elverton R. Chapman. No opinion. Motion denied, with $10 costs. Settle order on notice.

MOULD, Appellant, v. WILCOX, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Charity C. Mould against Helen A. Wilcox. No opinion. Motion denied, with $10 costs.

MOWBRAY v. DE FOREST. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Action by William E. Mowbray against Harriet De Forest. No opinion. Motion granted, unless appellant have appeal ready for April term. Order filed.

MOWSON, Respondent, v. MOWSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) Action by Harry K. Mowson against Sarah A. Mowson. No opinion. Order affirmed, without costs of this appeal to either party.

MUNRO, Respondent, v. FULTS, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 17, 1909.) Action by John C. Munro against William Fults. PER CURIAM. Judgment of County Court, and final order of justice of the peace, reversed, with costs in this court and the courts below to the appellant. Held, that the record shows that upon the return of the precept, and again before the issuance of the warrant, the defendant tendered the full amount of rent unpaid (including all ·costs and disbursements), which the petitioner refused to accept, and the proceedings should have been dismissed (Flewwellin v. Lent, 91 App. Div. 430, 86 N. Y. Supp. 919), and also that no proper demand for rent was made by the petitioner. McLENNAN, P. J., and KRUSE, J., dissent.

MURPHY et al., v. SHAPIRO, et al. (Supreme Court, Appellate Division, Second Department. March 19, 1909.) Action by Frederick W. Murphy and another against Louis Shapiro and another. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

In re MUTUAL TRUST CO. OF WESTCHESTER COUNTY. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) In the matter of the application of the Mutual Trust Company of Westchester County to be designated as a deposit bank for moneys paid into court. No opinion. Application granted.

MYERS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) Action by Pearl E. Myers, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

MYERS, Respondent, v. SAN DOMINGO IMPROVEMENT CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. March 5, 1909.) Action by Jesse Myers against the San Domingo Improvement Company of New York. F. E. Smith, for appellant. J. M. Marshall, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to amend on payment of costs. Order filed.

NASH, Appellant, v. CROSIER, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by Augusta B. Nash against John S. Crosier, as executor, etc. No opinion. Judgment affirmed, with costs.

NAYLOR v. NAYLOR et al. (Supreme Court, Appellate Division, Fourth Department. January 13, 1909.) Action by Mary Evelyn Naylor against James Oliver Naylor and another. No opinion. Order affirmed, with $10 costs and disbursements.

NAYLOR v. NAYLOR et al. (Supreme Court, Appellate Division, Fourth Department. March 10, 1909.) Action by Mary Evelyn Naylor against James Oliver Naylor and another. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

NEAGLE, Appellant, v. SYRACUSE, B. & O. R. CO., Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Garrett Neagle, as administrator, etc., against the Syracuse, Binghamton & Oswego Railroad Company, impleaded with others. PER CURIAM. Judgment affirmed, with costs. SPRING and KRUSE, JJ., dissent.

NEAL & BRINKER CO., Appellant, v. WHEELOCK, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by the Neal & Brinker Company against Harry D. Wheelock. No opinion. Motion denied, with $10 costs.

NEAL & BRINKER CO., Appellant, v. WHEELOCK, Respondent. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by the Neal & Brinker Company against Harry D. Wheelock. No opinion. Order affirmed, with $10 costs and disbursements.

In re NENNO. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) In the matter of the appointment of a

general guardian for Katherine Nenno, an infant over the age of 14 years.

PER CURIAM. Decree reversed, without costs, and the matter remitted to the surrogate for further action. Held that, while the surrogate properly determined that some person other than the father should be appointed guardian, we think it was not a proper exercise of discretion to appoint Hugh Hubbard, in view of the relations of all the parties interested, and, if a guardian is to be appointed, it should be some person other than the said Hugh Hubbard or the father of the infant.

NESSENIUS v. TOWN OF ROSE. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Frank Nessenius, as administrator, etc., against the town of Rose. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

NESSENIUS, Appellant, v. TOWN OF ROSE, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by Frank Nessenius, as administrator, etc., against the town of Rose. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

NEWCOMB et al., Appellants, v. BURBANK, Respondent. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by David B. Newcomb and others against Caleb A. Burbank, individually, etc. E. A. Watson, for appellants. E. D. Hawkins, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NEW HARTFORD COTTON MFG. CO., Respondent, v. LOWENSTEIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by the New Hartford Cotton Manufacturing Company against Morris Lowenstein and others. No opinion. Order affirmed, with $10 costs and disbursements.

NEWMAN, Respondent, v. BAY RIDGE DAIRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by August Newman against the Bay Ridge Dairy Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

NEW YORK CENT. & H. R. R. CO., Appellant, v. HERENDEEN MFG. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by the New York Central & Hudson River Railroad Company against the Herendeen Manufacturing Company. No opinion. Order affirmed, with costs.

NEW YORK CENT. & H. R. R. CO., Appellant, v. MOORE, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by the New York Central & Hudson River Railroad Company against Frank J. Moore.

PER CURIAM. Order affirmed, with costs. KRUSE, J., not sitting.

NIAGARA, LOCKPORT & ONTARIO POWER CO., Respondent, v. BRIDGES et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by the Niagara, Lockport & Ontario Power Company against Thomas J. Bridges and others, as the town board of Perinton, N. Y., and another. No opinion. Judgment affirmed, with costs.

NICKELL, Appellant, v. TRACY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 4, 1909.) Action by Ida E. Nickell against Harriet Tracy and another. No opinion. Judgment affirmed, with costs.

NICOLL, Respondent, v. DEITCHMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Pauline Nicoll against Samuel Deitchman. No opinion. Motion denied, on condition that the appellant perfect his appeal and put the case upon the next calendar of this court; otherwise, motion granted, with $10 costs.

NIEHAUS, Respondent, v. NIEHAUS, Appellant. (Supreme Court, Appellate Division, First Department. March 19, 1909.) Action by Regina A. Niehaus against Charles H. Niehaus. H. B. Goodstein, for appellant. S. H. Evins, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

NIMS et al., Respondents, v. TUPPER LAKE WATER CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 10, 1909.) Action by Alvin F. Nims and others against the Tupper Lake Water Company. PER CURIAM. Judgment and order affirmed, with costs. SEWELL, J., dissents.

NOONAN, Appellant, v. MANHATTAN RY. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Stephen J. Noonan against the Manhattan Railway Company and another. J. M. Perry, for appellant. J. H. Adams, for respondents. PER CURIAM. Determination affirmed, with $10 costs and disbursements. Order filed. HOUGHTON, J., dissents.

NUNNALLY v. MAIL & EXPRESS CO. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Action by Florence Nunnally against the Mail & Express Company. No opinion. Motion granted. Order filed.

NUNNALLY, Appellant, v. MAIL & EXPRESS CO., Respondent. (Supreme Court,